PER CURIAM:
After a jury trial, defendant-appellant J. Harris Morgan, Jr. appealed from his conviction on sixty-nine counts of health care fraud. His appeal was placed on a non-argument calendar, and a panel of this court affirmed Morgan’s convictions in an unpublished opinion dated November 30, 2011. United States v. Morgan, 452 Fed.Appx. 866 (C.A.11 (Ga.)).
Morgan filed a petition for rehearing, and on January 26, 2012, this court granted Morgan’s petition, vacated the prior panel opinion, and set his appeal for oral argument. Having now heard oral argument in this case, and carefully reviewed the record, the briefs, and the arguments of counsel, this court now reinstates the prior panel’s opinion in full, reported at 452 Fed.Appx. 866, affirming Morgan’s convictions on sixty-nine counts of health care fraud.
OPINION AND JUDGMENT OF CONVICTIONS REINSTATED AND AFFIRMED.